UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES TURNER,<br><br>      Plaintiff,<br><br>-against-<br><br>ORANGE COUNTY DISTRICT ATTORNEY DAVID M. HOOVLER; A.D.A. ALEXANDRA PIETROPAOLO,<br><br>      Defendants. | 24-cv-8918 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 25, 2025, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 26, 2025
    New York, New York

                 /s/ Kimba M. Wood
                  KIMBA M. WOOD
                 United States District Judge